Leeds *v.* Gifford.

JAMES H. LEEDS, appellant,

*v.*

LIVINGSTON GIFFORD et al., respondents.

On appeal from a decree advised by Vice-Chancellor Van Fleet, whose opinion is reported in *Leeds* v. *Gifford, 14 Stew. Eq. 464.*

*Mr. John Linn,* for the appellant.

*Mr. William Brinkerhoff,* for the respondents.

PER CURIAM.

This decree unanimously affirmed, for the reasons given by the vice-chancellor.